# United States District Court
## Northern District of Illinois
Eastern Division

Pililimis                                **JUDGMENT IN A CIVIL CASE**

         v.                               Case Number: 13 C 1824

Yancey, Murphy & Associates, et al.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Judgment in entered in favor of Plaintiff Tommy Pililimis and against Defendant Yancey, Murphy & Associates and Defendant Phillip C. Owen, jointly and severally, in the amount of $11,545.00.

                                                       Thomas G. Bruton, Clerk of Court

Date: 8/7/2013                             _____
                                                /s/ Jackie Deanes, Deputy Clerk